IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donald W. Keffer,

    Plaintiff,

v.

Case No. 2:08-cv-906

Michael J. Astrue, Commissioner
of Social Security,

Judge Michael H. Watson
Magistrate Judge King

    Defendant.

## ORDER

On February 18, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating physicians for the period beginning June 23, 2006. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner is **REVERSED** and this action is hereby **REMANDED** to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating physicians for the period beginning June 23, 2006.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

/s/ Michael H. Watson
Michael H. Watson, Judge
United States District Court